**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                        Plaintiff,

-against-

COMBE INCORPORATED,

                        Defendant.

------------------------------------- X

ORDER

20 Civ. 1739 (GBD)

GEORGE B. DANIELS, District Judge:

The June 18, 2020 initial conference is adjourned to October 8, 2020 at 9:30 a.m.

Dated: June 8, 2020
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE