UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

   -against-

COMBE INCORPORATED,

                Defendant.
------------------------------------- x

ORDER

20 Civ. 1739 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 17 2020

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: June 17, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge